IN THE UNITED STATES DISTICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| BRANDY BARTLETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. <u>3:21CV00020</u> |
| | ) | |
| NOVITEX ENTERPRISES | ) | |
| SOLUTIONS, INC. a.k.a. EXELA | ) | |
| ENTERPRISE SOLUTIONS, INC., d/b/a | ) | |
| EXELA TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant Novitex Enterprise Solutions, Inc. a.k.a. Exela Enterprise Solutions, Inc., d/b/a Exela Technologies, Inc. ("Exela"), by counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby invokes the jurisdiction of this Court and files this Notice of Removal of the above-captioned case from the Circuit Court for Albemarle County to the United States District Court for the Western District of Virginia, Charlottesville Division. In support thereof, Exela states as follows:

### NATURE OF ACTION AND SERVICE

1. On May 6, 2021, Plaintiff Brandy Bartlett commenced a civil action against Exela by filing a Complaint in the Circuit Court for Albemarle County, Case No. CL21-696 (the "Complaint").

2. There have been no pleadings, process, or orders served on Exela within the meaning of 28 U.S.C. § 1446(a), but Exela attaches as Exhibit A a copy of the Complaint it independently obtained within the last thirty (30) days.

3. The Complaint alleges claims for sex discrimination and race discrimination under Title VII of the Civil Rights Act of 1964 ("Title VII"), and a claim for race discrimination under 42 U.S.C. § 1981.

4. This Notice is being filed with this Court less than thirty (30) days of obtaining a copy of Plaintiff's Complaint, and before any proceedings were had thereupon in the Circuit Court for Albemarle County, as required by 28 U.S.C. § 1446(b).

5. Exela has not served any answer or responsive pleading to the Complaint or made any appearance or argument before the Circuit Court for Albemarle County.

6. Exela submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

## REMOVAL JURISDICTION

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 because the Complaint alleges claims arising under federal law, namely Title VII and 42 U.S.C. § 1981.

8. Pursuant to 28 U.S.C. § 1441(a), this action is properly removable to this Court.

## VENUE

9. Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

## CONSENT AND NOTICE

10. Exela is the only defendant in this action such that the requirements of 28 U.S.C. § 1446(b)(2)(a) have been complied with.

11.     Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this removal is being delivered to Plaintiff by electronic mail and first-class mail, and a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the Circuit Court for Albemarle County.

WHEREFORE, Exela respectfully requests this action be removed from the Circuit Court for Albemarle County to the United States District Court for the Western District of Virginia, Charlottesville Division.

Respectfully submitted,

Date:   June 10, 2021

 /s/ Kevin D. Holden
Kevin D. Holden (VSB No. 30840)
D. Paul Holdsworth (VSB No. 89258)
JACKSON LEWIS P.C.
701 E. Byrd St., 17th Floor
Richmond, VA 23219
P.O. Box 85068
Richmond, VA 23285
Tel: (804) 649-0404
Fax: (804) 649-0403
Kevin.Holden@jacksonlewis.com
Paul.Holdsworth@jacksonlewis.com

*Counsel for Exela Enterprise Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and also sent a copy of this filing by electronic and first-class mail to the following:

Brandy Bartlett
25 S. Windsong Ct.
Fisherville, VA 22939
brandybartlett14@gmail.com

*Pro Se Plaintiff*

Robert Porter (VSB No. 78934)
THE SPIGGLE LAW FIRM, PLLC
4830A 31st St., S.
Arlington, VA 22206
Tel: (202) 449-8527
Fax: (202) 540-8018
rporter@spigglelaw.com

    */s/ Kevin D. Holden*
Kevin D. Holden (VSB No. 30840)
D. Paul Holdsworth (VSB No. 89258)
JACKSON LEWIS P.C.
701 E. Byrd St., 17th Floor
Richmond, VA 23219
P.O. Box 85068
Richmond, VA 23285
Tel: (804) 649-0404
Fax: (804) 649-0403
Kevin.Holden@jacksonlewis.com
Paul.Holdsworth@jacksonlewis.com

*Counsel for Exela Enterprise Solutions, Inc.*

4